# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DEVERICK SCOTT**                                                 **PLAINTIFF**
**ADC #131042**

v.                  **CASE NO. 4:25-CV-00843-BSM**

**CADIJAH JACKSON, Sergeant**
**Notification Officer, Larry B. Norris Unit, ADC**          **DEFENDANT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted, and Deverick Scott's complaint [Doc. No. 1] is dismissed without prejudice because he has filed at least three lawsuits that have been dismissed as strikes and he has failed to show that he is currently in imminent danger of serious physical injury or that he has paid the filing fee. An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE