# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DEVERICK SCOTT**                                                                                       **PLAINTIFF**
**ADC #131042**

v.                  **CASE NO. 4:25-CV-00843-BSM**

**CADIJAH JACKSON, Sergeant**
**Notification Officer, Larry B. Norris Unit, ADC**                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE